AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:18-cv-39

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* Certified Mail

**SENDER: COMPLETE THIS SECTION**
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
John A. Gale
Nebraska Secretary of State
State Capitol Building
1445 K Street, Suite 2300
P O Box 94608
Lincoln, NE 68509-4608

9590 9402 3491 7275 1447 64

Article Number *(Transfer from service label)*
7017 0190 0000 8370 7439

Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X  DEREK THOMPSON   ☐ Agent  ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

My fees are $ 7.83 for travel and $ _____ for services, for a total of $ 7.83.

I declare under penalty of perjury that this information is true.

Date: February 10, 2018

_____
Server's signature

David A. Domina
Printed name and title

2425 S 144th St
Omaha, NE 68144
Server's address

Additional information regarding attempted service, etc: