**United States District Court**
**District of Nebraska**

| | |
|---|---|
| Robert J. Krist,<br>Albert T. Davis,<br>Dorothy C. Davis,<br>Hannah Wright,<br>Christopher Abbott,<br><br>      Plaintiffs,<br><br>v<br><br>John A. Gale, Nebraska Secretary of State,<br><br>      Defendant. | No. 8:18-cv-39<br><br>Judge: Joseph F. Bataillon<br><br>Mag. Judge: Susan M. Bazis<br>Motion (Uncontested) for Order<br>Dismissal Without Prejudice |

1. Plaintiffs respectfully requests leave to dismiss this action without prejudice. They do so because of recent developments involving Plaintiff, Robert J. Krist in State Court.

2. Plaintiffs reserve their right, at a different time and under different circumstances, to challenge the constitutional validity of the statutes identified in the Compliant.

3. This Motion is unopposed. Defendant's counsel has authorized Plaintiffs to make this representation to the Court.

March 26, 2018.

                                              Robert J. Krist, Intervenor

                              By: *s/David A. Domina*

                                              David A. Domina #11043
                                              Domina Law Group pc llo
                                              2425 South 144th St. 1st Flr
                                              Omaha NE 68144-3267
                                              402-493-4100
                                              ddomina@dominalaw.com

                                              *Intervenor's* Lawyer

## Certificate of Service

      I certify that on March 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the Nebraska Supreme Court Electronic Filing system and I served copies by email on the lawyers of record for the parties as follows:

| | |
|---|---|
| Joseph A. Wilkins, #21803<br>Mattson Ricketts Law Firm<br>134 S 13th St, Suite 1200<br>Lincoln, NE 68508<br>(402)475-8433<br>Fax: (402)475-0105<br>jaw@mattsonricketts.com | Nebraska Attorney General<br>Doug Peterson<br>2115 Nebraska State Capital<br>1445 K St<br>Lincoln, NE 68509<br>Pat.selk@nebraska.gov |

L. Jay Bartel
Assistant Attorney General
Chief Legal Services Bureau
2115 State Capital
Lincoln, NE 68509-8920
(402) 471-2685
Fax: (402) 472-4725
Jay.bartel@nebraska.gov

                                          s/*David A. Domina*

D92087